397 A.2d 1247

Commonwealth v. Fletcher, Appellant.

Submitted June 27, 1978. Warren R. Hamilton, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.